IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30760
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABDUL JEROME HAYES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-60001-1
- - - - - - - - - -

December 22, 1999

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Abdul Jerome Hayes appeals his conditional guilty-plea conviction of possession of a firearm by a felon, a violation of 18 U.S.C. § 922(g). Hayes argues that the district court erred in denying his motion to suppress the firearm that police officers seized from his bag, as he did not consent to speak with the officers.

The district court did not clearly err in rejecting Hayes' testimony in favor of that of the officers who testified at the suppression hearing. See United States v. Chavez-Villarreal, 3

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 124, 126 (5th Cir. 1993); <u>United States v. Garza</u>, 118 F.3d 278, 283 (5th Cir. 1997) (this court will not second-guess district court's credibility determinations), <u>cert.</u> <u>denied</u>, 118 S. Ct. 699 (1998).  The district court also did not err in holding that the defendant freely and voluntarily consented to the search of his bag.  <u>See</u> <u>United States v. Kelley</u>, 981 F.2d 1464, 1470 (5th Cir. 1993) (voluntary consent can validate warrantless search).

Accordingly, the judgment of the district court is AFFIRMED.